**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CLARA MARTIN,**

    **Plaintiff,**

v.                                   Case No.  8:04-cv-480-T-30TBM

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

      THIS CAUSE came before the Court upon Plaintiff's Motion to Vacate, Set Aside or Correct Sentence under Section 2255 (Dkt. #1).  After hearing oral argument of counsel on July 6, 2006, and upon Plaintiff's oral motion to withdraw her Motion to Vacate, Set Aside or Correct Sentence under Section 2255, it is

      **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's oral motion to withdraw her Motion to Vacate, Set Aside or Correct Sentence under Section 2255 is GRANTED.
2. This cause is dismissed with prejudice.
3. All pending motions are denied as moot.
4. The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on July 7, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-480.dismissal.wpd